IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARVA BAEZ, Individually and** | : | **CIVIL ACTION** |
| **as Administratrix of the Estate of** | : | |
| **Luis Villafane, deceased** | : | |
|       **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 09-2745** |
| | : | |
| **LANCASTER COUNTY, et al.,** | : | |
|       **Defendants** | : | |

## O R D E R

**AND NOW,** this 18th day of October, 2011, upon careful consideration of the defendants' motion for summary judgment (Doc. No. 25), the plaintiff's amended response thereto (Doc. No. 30), and the defendants' reply brief (Doc. No. 35), IT IS HEREBY ORDERED that:

1. The motion is **GRANTED.**

2. The Clerk of Court is directed to mark this case **CLOSED.**

                                      BY THE COURT:

                                      /s/ *Lawrence F. Stengel*
                                      LAWRENCE F. STENGEL, J.